DISMISS; Opinion Filed September 18, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00145-CV

**BOBETTE JANEAN HYMAN, Appellant**

**V.**

**CLIFTON JAMES HYMAN, JR., Appellee**

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-10-09046-U

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Lang

By notice of appeal filed December 2, 2011, Bobette Janean Hyman appeals the trial court's August 23, 2011 final decree of divorce. Because she timely requested findings of fact and conclusions of law, Hyman's notice of appeal was due by November 21, 2011, or with a proper extension motion, by December 6, 2011. *See* TEX. R. APP. P. 26.1(a)(4), 26.3. Hyman's notice of appeal was filed within the fifteen-day extension period provided by rule 26.3, but she did not file an extension motion. Accordingly, by letter dated August 6, 2012, we directed her to file a motion to extend time to file the appeal in accordance with rule of appellate procedure 10.5(b). *See id.* 10.5(b), 26.3(b); *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997). We cautioned Hyman that if we failed to receive the motion within ten days, we would, without further notice, dismiss the appeal

for want of jurisdiction. To date, Hyman has not filed the motion or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

DOUGLAS S. LANG
JUSTICE

120145F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BOBETTE JANEAN HYMAN, Appellant

No. 05-12-00145-CV        V.

CLIFTON JAMES HYMAN, JR., Appellee

Appeal from the 302nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DF-10-09046-U).

Opinion delivered by Justice Lang, Justices Bridges and Richter participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee CLIFTON JAMES HYMAN, JR. recover his costs, if any, of this appeal from appellant BOBETTE JANEAN HYMAN.

Judgment entered September 18, 2012.


DOUGLAS S. LANG
JUSTICE